**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS*

*   Admitted in NY and NJ
**  Admitted in NY, NJ, La and OH

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960
Tel:  (973) 993-5161
Fax: (973) 539-6409

mfc@caseybarnett.com
Direct: 646-362-8919

March 6, 2020

**Via ECF**

Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    ***Mund & Fester v. MSC etc et al***
             20 cv 680 (PKC)
             Our Ref: 260-276

Dear Honorable Judge:

We represent the plaintiff in the referenced matter and write in respect to the initial Rule 16 Conference scheduled for March 23, 2020.

We are currently engaged in settlement discussions with the defendant and expect that the matter can be resolved with any judicial intervention. As such, we respectfully request that Your Honor adjourn the March 23 conference for one month and re-schedule same for a date in late April in order to permit the parties the opportunity to finalize the matter.

We thank the Court for its consideration of this request.

                        Respectfully submitted,
                        **CASEY & BARNETT, LLC**

                        *Martin Casey*
                        Martin F. Casey

Conference is adjourned from March 23, 2020 to April 28, 2020 at 11:00 a.m.
SO ORDERED.
Dated:  3/9/2020

                        *P. Kevin Castel*
                        P. Kevin Castel
                        United States District Judge